# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-MC-00202-GCM-DSC

|  |  |  |
|---|---|---|
| **IN RE: PRECIOUS LATERICA OLIPHANT** | ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |

**THIS MATTER COMES** before this Court on Precious Oliphant's ("Oliphant") Appeal of her Summary Criminal Contempt Order issued by Magistrate Judge Cayer. (Doc. No. 5). Oliphant moved this Court on December 29, 2018 to enter a briefing schedule that required Oliphant to submit her brief no earlier than twenty-one (21) days after she received the necessary transcripts. (Doc. No. 6). By status report, Oliphant informed the Court that she now has the required transcripts. (Doc. No. 8).

Having considered the Motion, the Court enters the following briefing schedule in this case:

- February 21, 2019- Oliphant brief due;
- March 7, 2019- Government response due;
- March 14, 2019- Oliphant reply due.

**SO ORDERED**.

Signed: January 31, 2019

*Graham C. Mullen*
Graham C. Mullen
United States District Judge