# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | DOCKET NO. 3:18-mc-202 |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| PRECIOUS LATERICA OLIPHANT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TRANSCRIPT OF ELECTRONICALLY RECORDED
SUMMARY CONTEMPT HEARING
BEFORE THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE
NOVEMBER 29, 2018

APPEARANCES:

PRECIOUS LATERICA OLIPHANT
Pro Se

Proceedings digitally-recorded and stenographically
transcribed by:

LAURA ANDERSEN, RMR
Official Court Reporter
United States District Court
Charlotte, North Carolina

```
 1                      P R O C E E D I N G S
 2              (Transcript of proceedings digitally recorded on
 3    Thursday, November 29, 2018 at 10:40.)
 4              MS. OLIPHANT:  Piece of shit.
 5              THE COURT:  All right.  Marshal, bring her back.
 6              Stand right up here between the two tables.
 7              Now, what's your -- what's your name, ma'am?
 8              MS. OLIPHANT:  My name is Precious.
 9              THE COURT:  What's your last name?
10              MS. OLIPHANT:  Oliphant.
11              THE COURT:  I can't -- I can't hear you.
12              MS. OLIPHANT:  My name is Precious Oliphant.
13              THE COURT:  And what was your -- are you here on
14    behalf of the defendant or what was --
15              MS. OLIPHANT:  Yeah.
16              THE COURT:  -- your involvement today?
17              MS. OLIPHANT:  Yes.  On behalf of the defendant.
18              THE COURT:  All right.  Well, I heard what you said
19    as you were going out the door and that is -- that is not
20    going to be tolerated in this court.  I am not going to
21    tolerate that.  So I am going to hold you in summary criminal
22    contempt for what you said.  You said an expletive.  You said
23    it clearly within the hearing of the court and that
24    constitutes what's called a summary contempt.
25              So do you want to say anything before I impose a
```

1  sentence?
2  MS. OLIPHANT: No, Your Honor.
3  THE COURT: All right.
4  UNIDENTIFIED AUDIENCE MEMBER: Judge, Your Honor.
5  Judge, Your Honor.
6  THE COURT: No, ma'am. No, ma'am. I don't need to
7  hear anything else. She's responsible for this.
8  I'll impose ten days in the custody of the Sheriff
9  -- or the Marshal. I'm sorry.
10  All right, Marshall, take her out.
11  (The matter is concluded at 10:42.)
12  * * * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1  UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF NORTH CAROLINA
 2  CERTIFICATE OF OFFICIAL REPORTER
```

 3      I, Laura Andersen, Federal Official Court Reporter, in and for the United States District Court for the Western District of North Carolina, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript of the digitally-recorded proceedings prepared stenographically and transcribed to the best of my ability, held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this the 25th day of January 2019.

S/Laura Andersen
Laura Andersen, RMR
Federal Official Court Reporter